IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                              Case No. 4:24-cr-00170-08 KGB

DANYELLE SHANNON DOTSON                                                        DEFENDANT

## ORDER

Before the Court is the United States' motion to dismiss indictment without prejudice now pending against defendant Danyelle Shannon Dotson (Dkt. No. 85).  The Court grants the United States' motion to dismiss indictment without prejudice, and the Court dismisses the indictment without prejudice now pending against Ms. Dotson (Dkt. No. 3).

It is so ordered this 19th day of February 2025.

_____
Kristine G. Baker
Chief United States District Judge